# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSIE N. K..,[1] <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO,[2] Commissioner of Social Security, <br><br> Defendant. | Case No. 2:24-cv-07498-JWH-MAR <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

---

[1]    Partially redacted in compliance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2]    Frank Bisignano became Commissioner of Social Security on May 7, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is automatically substituted as the Defendant herein.

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed.  Good cause appearing therefor, it is hereby **ORDERED** as follows:

1.    The findings and recommendations of the Magistrate Judge are **ACCEPTED**.

2.    Judgment shall be entered **REVERSING** the Commissioner's decision and **REMANDING** for further administrative action consistent with this Report.

**IT IS SO ORDERED.**

Dated:  March 16, 2026

_____
Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

2