

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ELSIE N. K.,[1]

      Plaintiff,

      v.

FRANK BISIGNANO,[2] Commissioner of Social Security,

      Defendant.

Case No. 2:24-cv-07498-JWH-MAR

**JUDGMENT**

---

[1]     Partially redacted in compliance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2]     Frank Bisignano became Commissioner of Social Security on May 7, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is automatically substituted as the Defendant herein.

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.    The final decision of the Commissioner of the Social Security Administration is **REVERSED**.

2.    This action is **REMANDED** for further proceedings consistent with the Report and Recommendation.

**IT IS SO ORDERED.**

Dated:  March 16, 2026

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

2